# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JESSIE SAMUEL RUFUS BENFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cv-00056-SRW |
| ) | |
| MISSOURI DIVISION OF ) | |
| EMPLOYMENT SECURITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on self-represented Plaintiff Jessie Samuel Rufus Benford's motion for reconsideration of the Court's Order of Dismissal dated January 19, 2022. For the following reasons, Plaintiff's motion will be denied.

In his motion, Plaintiff seeks to amend his complaint to add defendant S. Stimson, an appeals referee with the Missouri Division of Employment Security. Plaintiff has already filed at least two cases in this Court alleging S. Stimson ruled incorrectly in a decision he made in Plaintiff's unemployment benefits case. Both cases were dismissed on initial review pursuant to 28 U.S.C. § 1915(e)(2)(B). *See Benford v. Stimson*, No. 4:23-cv-697-SEP, 2023 WL 3975110, *4 (E.D. Mo. Jun. 13, 2023) (dismissing Stimson on initial review because Plaintiff's claim was barred by judicial immunity); *Benford v. Stimson*, No. 4:23-cv-263-SEP, 2023 WL 3582043, *3-4 (E.D. Mo. May 22, 2023) (dismissing Stimson for failure to state a claim in his individual or official capacities). Additionally, Plaintiff has filed at least seven cases arising out of the same facts alleged in this case. *See Benford v. Stimson,* No. 4:23-cv-679-SEP, 2023 WL 3975110 at *2-3 (discussing Plaintiff's litigation history).

Because Plaintiff has presented nothing that convinces the Court that its earlier

determination was incorrect, and because Plaintiff's amendment of his complaint would be futile, the Court will deny Plaintiff's motion for reconsideration.

**IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration is **DENIED**. [ECF No. 7].

Dated this 16th day of June, 2023.

_____
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE